Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
(602) 279-1600
Fax: (602) 240-6925
Email:  mmanning@stinson.com
            lwulkan@stinson.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Arambula and Lesley Arambula, husband and wife; M.A. and Z.A., through their mother and next friend, Lesley Arambula,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity; City of Phoenix Police Department; Dzenan Ahmetovic and Jane Doe Ahmetovic, husband and wife; Sean Coutts and Jane Doe Coutts, husband and wife; Brian Lilly and Jane Doe Lilly, husband and wife; John Doe Officers I-X; Jane Doe Officers I-X; John Doe Supervisors I-X; Jane Doe Supervisors I-X; John Does I-X; Jane Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>                    Defendants. | No. CV-09-2103-PHX-JRG<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT** |

Pursuant to L.R. Civ. 40.2(d), Plaintiffs hereby give notice that the parties have reached a settlement.  The parties are currently in the process of preparing and executing a final Settlement Agreement and related documents, which they expect to be completed shortly.  Upon completion of that documentation, the parties intend to notify the court and seek dismissal of this action.

DB04/836101.0002/5280911.1DD02

DATED this 26th day of October, 2011.

**STINSON MORRISON HECKER LLP**

By: s/ Michael C. Manning
Michael C. Manning
Larry J. Wulkan
Sharon W. Ng
1850 North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to the following ECF participants:

Kathleen L. Wieneke
Christina Retts
STRUCK WIENEKE & LOVE PLLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
*Attorney for Defendants*

I hereby certify that on October 26, 2011, a courtesy copy was mailed to:

Judge Joseph R. Goodwin

s/ Kathleen Kaupke

2

DB04/836101.0002/5280911.1DD02