# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

ANTHONY ARAMBULA, et al.,

        Plaintiffs,

v.                                                                                  NO. CV-09-2103-PHX-JRG

CITY OF PHOENIX, et al.,

        Defendants.

### ORDER

The court has been advised by counsel of the pending settlement of this action. The court, therefore, finds it unnecessary to conduct further proceedings or to keep this case on the active docket. Accordingly, the court **ORDERS** as follows:

1. That the remaining scheduling deadlines be vacated.

2. That the parties may submit an agreed order of dismissal within thirty days of the entry of this Order. Otherwise, the Clerk is directed to **DISMISS this case without prejudice.**

The court will reinstate this case to the active docket if one of the parties shows good cause for such reinstatement within thirty days of the entry of this Order.

The court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented party.

        ENTER: October 27, 2011

        *Joseph R. Goodwin*
        Joseph R. Goodwin, Chief Judge